UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED
2008 JUN 13 AM 8:55
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

MILTON WATTS,

          Plaintiff,

vs.

    Case No. 2:07-cv-761-FtM-34DNF

LEE COUNTY CLERK'S OFFICE,

          Defendant.

_____

## ORDER OF DISMISSAL[1]

This matter comes before the Court upon periodic review of the file. Plaintiff, who is proceeding *pro se*, initiated this action by filing a handwritten § 1983 civil rights complaint (Doc. #1, Complaint) on November 19, 2007, while he was in the custody of the Lee County Jail. See Complaint at 1. Plaintiff did not accompany the filing of his Complaint with the required filing fee or a request to proceed *in forma pauperis*. On November 28, 2007, the Court entered an Order directing Plaintiff to file an Affidavit of Indigence, which the Court provided with its Order, or pay the requisite filing fee on or before December 18, 2007. See November 28, 2007 Order of Court at ¶1, Doc. #4. Further, the Court notified Plaintiff that his failure to respond to the Order would result in the dismissal of this action without further notice. Id. at ¶2.

---

[1]This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

Because the original Complaint did not identify a viable defendant, the Court issued a second Order that same day directing Plaintiff to file an amended complaint within twenty days of the date of that Order. See November 28, 2007 Order to Amend at p. 3, Doc. #5. The second Order also warned Plaintiff that if he failed to timely comply with the Order to Amend, this action would be dismissed without further notice. Id. at 4.

The time for complying with both Orders has expired. Plaintiff has not filed a response to either Order, nor has he sought an extension of time in which to do so. The Orders were apparently delivered to Plaintiff because they have not been returned as undelivered. The Court finds that Plaintiff's failure to comply with the Court's November 28, 2007 Orders is grounds for dismissal of this action. Further, Local Rule 1.03(e) permits the Court to *sua sponte* dismiss any prisoner case "if the filing fee is not paid or if the application [to proceed *in forma pauperis*] is not filed within 30 days of the commencement of the action."

Therefore, it is now **ORDERED**:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of the Court** shall enter judgment dismissing this case without prejudice and shall close this case.

**DONE AND ORDERED** in Fort Myers, Florida, on this 12th day of June, 2008.

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: hmk
Copies: All Parties of Record